NOVEMBER 18, 1963.

No. ——. KAWAHARA v. STAHR. The motion for leave to file a petition for writ of certiorari out of time is denied.

No. 6. GRIFFIN ET AL. v. MARYLAND. Certiorari, 370 U. S. 935, to the Court of Appeals of Maryland. Argued November 5 and 7, 1962. Restored to calendar for reargument May 20, 1963, 373 U. S. 920. Reargued October 14 and 15, 1963;

No. 12. BELL ET AL. v. MARYLAND. Certiorari, 374 U. S. 805, to the Court of Appeals of Maryland. Argued October 14 and 15, 1963;

No. 9. BARR ET AL. v. CITY OF COLUMBIA. Certiorari, 374 U. S. 804, to the Supreme Court of South Carolina. Argued October 14 and 15, 1963;

No. 10. BOUIE ET AL. v. CITY OF COLUMBIA. Certiorari, 374 U. S. 805, to the Supreme Court of South Carolina. Argued October 14 and 15, 1963; and

No. 60. ROBINSON ET AL. v. FLORIDA. Appeal from the Supreme Court of Florida. (Probable jurisdiction noted, 374 U. S. 803.) Argued October 15, 1963. In view of the statement of the Solicitor General on oral argument signifying "his readiness to express himself further, at the suggestion of the Court, to the broader constitutional issues which have been mooted," the Solicitor General is invited to file a brief within 30 days expressing the views of the United States. Counsel for the parties may have 30 days thereafter to respond if they so desire.

MR. JUSTICE BLACK, MR. JUSTICE CLARK, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE are of the opinion that the Court should not request the Department of Justice to file a brief concerning its views upon the basic constitutional issues on which the Department chose not to take a position in its original brief and in its oral argument.